IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DONNA J. EVRARD,**

    **Plaintiff,**

**-vs-**                                                                                                                     No.  06-CV-428 DRH

**COMMISSIONER OF SOCIAL
SECURITY,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

       **DECISION BY COURT.**  This action came to hearing before the Court on a Report ans Recommendation from United States Magistrate Judge Donald G. Wilkerson.

       **IT IS ORDERED AND ADJUDGED** that the Report is adopted in part and modified in part.  The Plaintiff's petition is **GRANTED** and the decision of the agency is **REVERSED** and **REMANDED** for further review consistent with the Court's Order.  Judgment is entered in favor of Plaintiff **DONNA J. EVRARD** and against Defendant **COMMISSIONER OF SOCIAL SECURITY**.-------------------------------------------------------------------------------------

                                                                       **NORBERT G. JAWORSKI, CLERK**

September 28, 2007.                                                  By: s/Patricia Brown
                                                                                             Deputy Clerk

APPROVED: /s/       DavidRHerndon
                        **U.S. DISTRICT JUDGE**