IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DONNA J. EVRARD,**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE, Commissioner of
Social Security,**

**Defendant.**           No. 06-CV-428-DRH

## ORDER

**HERNDON, Chief Judge:**

The Stipulation to Award Attorney Fees Under the Equal Access to Justice Act (EAJA) having been executed by counsel for all parties and filed with this Court (Doc. 16), **IT IS ORDERED** that Plaintiff is awarded attorney fees in the total amount of one thousand four hundred dollars ($1,400.00) under the **Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412**. Pursuant to Plaintiff's fee agreement with her counsel, Patrick J. Prendergast, which assigns the award of fees from Plaintiff to Mr. Prendergast, and in accordance with the parties' stipulation, the Court further orders that the award of attorney fees shall be made payable directly to Patrick J. Prendergast, as assignee of Plaintiff.

**IT IS SO ORDERED.**

Signed this 4th day of December, 2007.

                                    /s/     David R. Herndon

                                    **Chief Judge
United States District Court**